# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY A. JAMES,**<br>　　Plaintiff,<br>　　vs.<br>**SAN FRANCISCO UNIFIED SCHOOL DISTRICT,**<br>　　Defendant. | CASE NO. 18-cv-04448-YGR<br><br>**ORDER TO SHOW CAUSE** |

An initial case management conference in this matter was scheduled for February 4, 2019. Plaintiff James, acting *pro se*, failed to appear. Therefore, plaintiff is **ORDERED TO SHOW CAUSE** why he should not be sanctioned in the amount of $200 for failure to appear.

A hearing on this Order to Show Cause will be held on **Monday, February 25, 2019** on the Court's **1:15 p.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. By no later than **Tuesday, February 19, 2019**, plaintiff shall file a written response to this Order to Show Cause indicating why he did not attend the case management conference and why he should not be sanctioned. Also by **Tuesday, February 19, 2019**, parties shall file a statement indicating that they have met and conferred regarding any proposed protective order as well as scheduling and deadlines for depositions.

**IT IS SO ORDERED.**

Dated: February 7, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**